# United States District Court
EASTERN DISTRICT OF WISCONSIN

LUDMYLA CARLBORG,
as Administrator and Sole Beneficiary
of deceased Kenneth Carlborg's Estate,

          Plaintiff(s),

    v.

MOUNT VIEW CARE CENTER,

          Defendant(s).

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-1527

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSED for lack of subject matter jurisdiction.

          Approved: s/ William C. Griesbach
                         WILLIAM C. GRIESBACH
                         United States District Judge

Dated: November 16, 2023

                         GINA M. COLLETTI
                         Clerk of Court

                         s/ Mara A. Corpus
                         (By) Deputy Clerk